DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAVON STONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2512

[February 9, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Bailey, Judge; L.T. Case Nos. 14-006907 and 20-00663CF10A.

Tavon Stone, Moore Haven, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***